17-0127-cv
*U.S. Bank Nat'l Ass'n v. Dexia Holdings, Inc.*

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this Court's Local Rule 32.1.1. When citing a summary order in a document filed with this Court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

　　At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of December, two thousand seventeen.

PRESENT:　JOSÉ A. CABRANES,
　　　　　　DEBRA A. LIVINGSTON,
　　　　　　SUSAN L. CARNEY,
　　　　　　　　　　*Circuit Judges.*

———————————————————————————

U.S. BANK NATIONAL ASSOCIATION, as Trustee for
the Registered Holders of Wachovia Bank
Commercial Mortgage Trust, Commercial
Mortgage Pass-Through Certificates, Series
2006-C28, acting by and through its Special
Servicer CWCapital Asset Management LLC,

　　　　　　*Plaintiff-Appellant,*　　　　　　　　17-0127-cv

　　　　v.

DEXIA HOLDINGS, INC., successor in interest to
Dexia Real Estate Capital Markets, f/k/a Artesia
Mortgage Capital Corporation,

*Defendant-Appellee.*

FOR PLAINTIFF-APPELLANT:      GREGORY A. CROSS (Colleen M. Mallon *on the brief*), Venable LLP, Baltimore, MD.

FOR DEFENDANT-APPELLEE:      KENNETH I. SCHACTER (Dina R. Kaufman *on the brief*), Morgan, Lewis & Bockius LLP, New York, NY.

Appeal from a judgment of December 19, 2016 of the United States District Court for the Southern District of New York (Paul A. Engelmayer, *Judge*).

**UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court's judgment be and hereby is **AFFIRMED**.

Plaintiff-Appellant U.S. Bank National Association, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C28, acting by and through its Special Servicer CWCapital Asset Management LLC ("Trust") appeals the District Court's judgment awarding attorney's fees to Defendant-Appellee Dexia Holdings, Inc., successor in interest to Dexia Real Estate Capital Markets, formerly known as Artesia Mortgage Capital Corporation ("Dexia") in the litigation between them.

To resolve this appeal, we need reach only four of the Trust's arguments. These arguments are that the District Court erred in: (1) declining to adhere to what the Trust asserts was the law of the case; (2) interpreting the plain language of the applicable contracts to require the Trust to pay Dexia's attorney's fees; (3) declining to reduce the award of fees against the Trust to avoid an inequitable result; and (4) refusing to offset Dexia's recovery in a separate proceeding against the attorney's fee award in the instant case. Upon due consideration, we conclude—for substantially the same reasons given by the District Court—that these arguments are without merit.[1] *See U.S. Bank Nat'l Ass'n v. Dexia Real Estate Capital Mkts.*, No. 12 Civ. 9412, 2016 WL 4368377, at *7 (S.D.N.Y.

---

[1] In light of our resolution of these four issues, we do not decide, for example, whether the District Court "erred in interpreting the obligation to pay attorneys' fees as a 'remedy.'" Pl.-Appellant Br. 35.

Aug. 12, 2016) (law of the case); *id.* at *4 (plain text of contracts); *id.* at *8 (equity); *U.S. Bank Nat'l Ass'n v. Dexia Real Estate Capital Mkts.*, No. 12 Civ. 9412, 2016 WL 6996176, at *4-7 (S.D.N.Y. Nov. 30, 2016) (offset).

## CONCLUSION

We therefore **AFFIRM** the District Court's judgment of December 19, 2016.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk